IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01696-AP

ABEL R. ROMERO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Teresa H. Abbott, Esq. | Jessica Milano |
| 3515 S. Tamarac Drive, Suite 200 | Special Assistant United States Attorney |
| Denver, CO 80237 | Assistant Regional Counsel |
| (303) 757-5000 | Office of the General Counsel |
| (303) 689-9627 (fax) | Social Security Administration |
| abbott.teresa@gmail.com | 1001 17th Street |
| | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:   **June 29, 2012**

    B.    Date Complaint was Served on U.S. Attorney's Office:   **July 20, 2012**

    C.    Date Answer and Administrative Record Were Filed:   **September 4, 2012**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.    OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.    BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.    Plaintiff's Opening Brief:   **November 5, 2012**

    B.    Response Brief due:   **December 5, 2012**

    C.    Reply Brief due:   **December 20, 2012**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.   Plaintiff's Statement: **Plaintiff does not request oral argument.**

   B.   Defendant's Statement: **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   ( **X** )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

   DATED this 24th day of September, 2012.

                          BY THE COURT:

                          *s/John L. Kane*
                          U.S. DISTRICT COURT JUDGE

APPROVED:

*s/ Jessica Milano for*
Teresa H. Abbott, Esq.
3515 S. Tamarac Drive, Suite 200
Denver, CO 80237
(303) 757-5000
(303) 689-9627 (fax)
abbott.teresa@gmail.com

Attorney for Plaintiff

(SIGNED PER ELECTRONIC AUTHORIZATION)

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*s/ Jessica Milano*
Jessica Milano
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 24, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

abbott.teresa@gmail.com (Teresa H. Abbott, Esq., counsel for Plaintiff)
william.pharo@usdoj.gov
USACO.ECFCivil@usdoj.gov
jessica.milano@ssa.gov

               *s/ Jessica Milano*
               Office of the General Counsel
               Social Security Administration