**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01696-PAB

ABEL R. ROMERO,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 22] of Judge Philip A. Brimmer entered on March 20, 2014, it is

**ORDERED** that the decision of the Commissioner that plaintiff was not disabled is **AFFIRMED**.  It is further

**ORDERED** that judgment is hereby entered in favor of the defendant and against the plaintiff.  It is further

**ORDERED** defendant Carolyn W. Colvin, Commissioner of Social Security is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

**ORDERED** that this case is dismissed.

Dated at Denver, Colorado this 20th day of March, 2014.

          FOR THE COURT:
          JEFFREY P. COLWELL, CLERK

          s/Kathy Preuitt-Parks
          _____
          Kathy Preuitt-Parks
          Deputy Clerk